UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FEJZIC, MEHO | § | Case No. 11-35151 JBS |
| FEJZIC, HADZIRA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on                    .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

> Funds were disbursed in the following amounts:
>
> Payments made under an interim
> disbursement
> Administrative expenses
> Bank service fees
> Other payments to creditors
> Non-estate funds paid to 3[rd] Parties
> Exemptions paid to the debtor
> Other payments to the debtor
>
> Leaving a balance on hand of[1]                    $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                  . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $         [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $         , for total expenses of $          [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____    By:/s/RONALD R. PETERSON_____
                                                                   Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

_____
[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page:   1

Exhibit A

| Case No: | 11-35151 | Judge: HON. JOHN B. SCHMETTERER |
|---|---|---|
| Case Name: | FEJZIC, MEHO | |
| | FEJZIC, HADZIRA | |

For Period Ending:  05/15/13

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 08/29/11 (f) |
| 341(a) Meeting Date: | 09/26/11 |
| Claims Bar Date: | 01/31/12 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 4919 Kedvale, Chicago, Il | 250,000.00 | 0.00 | | 0.00 | 0.00 | 350,000.00 | 30,000.00 |
| 2. 2003 Freightliner Tractor Class 8 Truck (u) | 0.00 | 14,000.00 | | 11,000.00 | 0.00 | 0.00 | 0.00 |
| 3. Cash | 20.00 | 20.00 | | 0.00 | 0.00 | 0.00 | 20.00 |
| 4. Household goods | 1,140.35 | 0.00 | | 0.00 | 0.00 | 0.00 | 1,140.35 |
| 5. Personal Clother | 50.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 50.00 |
| 6. 1000 Shares of Mido Trucking, Inc. | 0.00 | 0.00 | | 1,000.00 | 0.00 | 0.00 | 0.00 |
| 7. 2000 Nissan Pathfinder XE | 1,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 1,000.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.18 | Unknown | 0.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $252,210.35 | $14,020.00 | | $12,000.18 | $0.00 | $350,000.00 | $32,210.35 |
|---|---|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 29, 2013, 08:44 a.m.  I am in receipt of the proceeds for the Freightliner tractor.  This estate is ready for

closing.  I shall file my final report in the second quarter of 2013.

January 30, 2012, 02:41 pm.  Issue as to ownership and value of Freightliner tractor.  (Class 8 Truck)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | | | |
|---|---|---|---|---|
| Case No: | 11-35151 | Judge: HON. JOHN B. SCHMETTERER | Trustee Name: | RONALD R. PETERSON |
| Case Name: | FEJZIC, MEHO | | Date Filed (f) or Converted (c): | 08/29/11 (f) |
| | FEJZIC, HADZIRA | | 341(a) Meeting Date: | 09/26/11 |
| | | | Claims Bar Date: | 01/31/12 |

RE PROP# 1---No Zillow, value based on eppraisal

Initial Projected Date of Final Report (TFR): 09/30/12          Current Projected Date of Final Report (TFR): 06/30/13

_____     Date: _____

RONALD R. PETERSON

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 11-35151 -JBS | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | FEJZIC, MEHO | | Bank Name: | ASSOCIATED BANK |
| | FEJZIC, HADZIRA | | Account Number / CD #: | *******8539 Checking Account |
| Taxpayer ID No: | *******0336 | | | |
| For Period Ending: | 05/15/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 6,975.33 | | 6,975.33 |
| 08/29/12 | 2 | Mido Trucking Inc. | | 1229-000 | 1,000.00 | | 7,975.33 |
| 10/01/12 | 2 | Mido Trucking INc. | | 1229-000 | 1,000.00 | | 8,975.33 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.92 | 8,970.41 |
| 10/26/12 | 2 | Mido Trucking, Inc. | | 1229-000 | 1,000.00 | | 9,970.41 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.84 | 9,964.57 |
| 12/03/12 | 2 | Mido Trucking, INc. | | 1229-000 | 1,000.00 | | 10,964.57 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.14 | 10,958.43 |
| 12/20/12 | 2 | Mido Trucking | | 1229-000 | 1,000.00 | | 11,958.43 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.19 | 11,951.24 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.77 | 11,933.47 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.03 | 11,917.44 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.72 | 11,899.72 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.12 | 11,882.60 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 11,975.33 | 92.73 | 11,882.60 |
| Less: Bank Transfers/CD's | 6,975.33 | 0.00 | |
| Subtotal | 5,000.00 | 92.73 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,000.00 | 92.73 | |

Page Subtotals    11,975.33    92.73

Ver: 17.02c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  2

Exhibit B

| Case No: | 11-35151  -JBS | Trustee Name: | RONALD R. PETERSON |
| Case Name: | FEJZIC, MEHO | Bank Name: | BANK OF AMERICA, N.A. |
| | FEJZIC, HADZIRA | Account Number / CD #: | *******9700  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0336 | | |
| For Period Ending: | 05/15/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/19/12 | 2 | Meho Fejic | | 1229-000 | 2,000.00 | | 2,000.00 |
| 03/23/12 | 2 | Mido Trucking Inc f/b/a Meho Fejzic | | 1229-000 | 1,000.00 | | 3,000.00 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 3,000.01 |
| 04/26/12 | 2 | Mido Trucking Inc. | | 1229-000 | 1,000.00 | | 4,000.01 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 4,000.04 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.98 | 3,996.06 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,996.09 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.08 | 3,991.01 |
| 06/05/12 | 6 | Mido Trucking 4919 N. Kedvale Chicago, Il | | 1229-000 | 1,000.00 | | 4,991.01 |
| 06/29/12 | 2 | Meho Fejzic / Mido Trucking | | 1229-000 | 1,000.00 | | 5,991.01 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,991.05 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.73 | 5,985.32 |
| 07/27/12 | 2 | Mido Truck, Inc. | | 1229-000 | 1,000.00 | | 6,985.32 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,985.37 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.77 | 6,977.60 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 6,977.62 |
| 08/09/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 2.29 | 6,975.33 |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 6,975.33 | 0.00 |

Page Subtotals          7,000.18          7,000.18

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 17.02c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit B

| Case No: | 11-35151  -JBS | Trustee Name: | RONALD R. PETERSON |
| Case Name: | FEJZIC, MEHO | Bank Name: | BANK OF AMERICA, N.A. |
| | FEJZIC, HADZIRA | Account Number / CD #: | *******9700  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0336 | | |
| For Period Ending: | 05/15/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,000.18 | 7,000.18 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 6,975.33 | |
| | | | Subtotal | | 7,000.18 | 24.85 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 7,000.18 | 24.85 | |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | Checking Account - *******8539 | 5,000.00 | 92.73 | 11,882.60 |
| | Money Market Account (Interest Earn - *******9700 | 7,000.18 | 24.85 | 0.00 |
| | | ----------------------- | ----------------------- | ----------------------- |
| | | 12,000.18 | 117.58 | 11,882.60 |
| | | ============== | ============== | ============== |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

| | | | | EXHIBIT C | | |
|---|---|---|---|---|---|---|

Page 1          ANALYSIS OF CLAIMS REGISTER          Date: May 15, 2013

Case Number:   11-35151          Claim Class Sequence

Debtor Name:    FEJZIC, MEHO

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 999<br>8200-00 | MEHO FEJZIC<br>4919 NORTH KEDVALE<br>CHICAGO, IL  60630 | Unsecured | | $0.00 | $0.00 | $944.29 |
| 000001<br>070<br>7100-00 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | Filed 11/03/11 | $0.00 | $1,415.68 | $1,415.68 |
| 000002<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | Filed 11/08/11 | $0.00 | $536.36 | $536.36 |
| 000003<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | Filed 11/08/11 | $0.00 | $5,855.39 | $5,855.39 |
| 000004<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | Filed 12/16/11 | $0.00 | $313.34 | $313.34 |
| 000005<br>070<br>7100-00 | Jefferson Capital Systems LLC<br>Purchased From COMPUCREDIT<br>CORPORATION<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>Orig By: ASPIRE CARD | Unsecured | Filed 12/23/11 | $0.00 | $1,084.14 | $1,084.14 |
| | Case Totals: | | | $0.00 | $9,204.91 | $10,149.20 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-35151 JBS
Case Name: FEJZIC, MEHO
              FEJZIC, HADZIRA
Trustee Name: RONALD R. PETERSON

Balance on hand                                         $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |
| Trustee Expenses: RONALD R. PETERSON | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses       $_____

Remaining Balance                                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC 294 Union St. Hackensack, NJ 07601 | $ | $ | $ |
| 000002 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | $ | $ | $ |
| 000003 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | $ | $ | $ |
| 000004 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | $ | $ | $ |
| 000005 | Jefferson Capital Systems LLC Purchased From COMPUCREDIT CORPORATION PO BOX 7999 SAINT CLOUD MN 56302-9617 Orig By: ASPIRE CARD | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of    % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $   . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $    .