UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
CHICAGO  DIVISION

In re:                                §
                                      §
                                      §
FEJZIC, MEHO                          §      Case No. 11-35151 JBS
FEJZIC, HADZIRA                       §
                                      §
                                      §
            Debtor(s)                 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

       Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

       The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                    CLERK OF THE U.S. BANKRUPTCY COURT
                    KENNETH S. GARDNER
                    219 S. Dearborn St.
                    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/25/2013 in Courtroom 682,
                    UNITED STATES BANKRUPTCY COURT
                    219 S. Dearborn St.
                    Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/03/2013                    By: UNITED STATES BANKRUPTCY
                                                COURT
                                                                            Clerk


*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
FEJZIC, MEHO § Case No. 11-35151 JBS
FEJZIC, HADZIRA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 12,000.18 |
| and approved disbursements of | $ | 117.58 |
| leaving a balance on hand of[1] | $ | 11,882.60 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: RONALD R. PETERSON | $ 1,655.59 | $ 0.00 | $ 1,655.59 |
| Trustee Expenses: RONALD R. PETERSON | $ 62.02 | $ 0.00 | $ 62.02 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,717.61 |
| Remaining Balance | | $ | 10,164.99 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,204.91  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | $     1,415.68 | $           0.00 | $     1,415.68 |
| 000002 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $       536.36 | $           0.00 | $       536.36 |
| 000003 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $     5,855.39 | $           0.00 | $     5,855.39 |
| 000004 | Midland Funding LLC<br>By its authorized agent<br>Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | $       313.34 | $           0.00 | $       313.34 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Jefferson Capital Systems LLC Purchased From COMPUCREDIT CORPORATION PO BOX 7999 SAINT CLOUD MN 56302-9617 Orig By: ASPIRE CARD | $ 1,084.14 | $ 0.00 | $ 1,084.14 |
| | Total to be paid to timely general unsecured creditors | | | $ 9,204.91 |
| | Remaining Balance | | | $ 960.08 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 15.79 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 944.29 .

Prepared By: /s/Ronald R. Peterson
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 11-35151-JBS
Meho Fejzic                                                            Chapter 7
Hadzira Fejzic
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: froman                  Page 1 of 3                   Date Rcvd: Jun 04, 2013
                              Form ID: pdf006               Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2013.
```
db/jdb        +Meho Fejzic,   Hadzira Fejzic,   4919 North Kedvale,   Chicago, IL 60630-2817
17725780      +Barbara J. Dutton,   10325 W. Lincoln Hwy,   Frankfort, IL 60423-1280
17725781      +Beneficial/HFC,   961 N. Weigel Ave.,   Elmhurst, IL 60126-1029
17725782      +Blitt & Gaines, PC,   661 Glenn Avenue,   Wheeling, IL 60090-6017
17725784       CB&T Research Dept.,   PO Box 105555,   Atlanta, GA 30348-5555
17725785       CESI,   PO Box 63151,   Charlotte, NC 28263-3151
17725786      +CESI Correspondence,   PO Box 2579,   Columbia, MD 21045-1579
17725787       Chase,   11200 W. Parkland Ave.,   PO Box 3139,   Milwaukee, WI 53201-3139
17725788       Chase,   1201 3rd Avenue,   Seattle, WA 98101-3029
17725789       Circuit Court of Cook Co.,   Richard J. Daley Center,   50 W. Washington St., Room 1001,
                Chicago, IL 60602-1316
17725790      +Citizen's Bank,   1 Citizen's Dr.,   Riverside, RI 02915-3000
17725791      +Codilis & Associates,   15W030 N. Frontage Road,   Suite 100,   Burr Ridge, IL 60527-6921
17725783      +Cora Thompson Burks,   35 East Wacker, #1870,   Chicago, IL 60601-2202
18031467       FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
17725792      +Fisher & Shapiro, LLC,   2121 Waukegan, #301,   Bannockburn, IL 60015-1831
17725795      +Heavner Scott & Beyers,   111 East Main St., #200,   Decatur, IL 62523-1204
17725796      +Household Bank/Menards,   90 Christiana Rd.,   New Castle, DE 19720-3187
17725798       International Financial SE,   327 West 4th Avenue,   Hutchinson, KS 67501-4842
18294835      +Jefferson Capital Systems LLC,   Purchased From COMPUCREDIT CORPORATION,   PO BOX 7999,
                SAINT CLOUD MN 56302-7999,   Orig By: ASPIRE CARD
17725799       Jefferson Capital, LLC,   16 McLeland Road,   St. Cloud, MN 56303-2198
19932193       Midland Funding LLC,   By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,
                Miami, FL 33131-1605
17725802       National Credit Adjusters,   PO Box 3023,   Hutchinson, KS 67504-3023
17725804      +People's Gas,   130 E. Randolph St.,   Chicago, IL 60601-6302
17725803       People's Gas,   Chicago, IL 60687-0001
17725805       Pinnacle Credit Services,   PO Box 640,   Hopkins, MN 55343-0640
17725806       Sears/CBSD,   133200 Smith Road,   Cleveland, OH 44130
18458466      +Sears/CBSD,   PO Box 6189,   Sioux Falls, SD 57117-6189
17725807      +Verizon Wireless - Great Lakes,   1515 E. Woodfield Rd.,   ATTN: Recovery Dept.,
                Schaumburg, IL 60173-6046
17725808       Vital Recovery Services, Inc.,   PO Box 923747,   Norcross, GA 30010-3747
17725812      +West Asset Management,   2703 N. US Highway 75,   Sherman, TX 75090-2567
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17812895      +E-mail/Text: bnc@atlasacq.com Jun 05 2013 03:27:48     Atlas Acquisitions LLC,   294 Union St.,
                Hackensack, NJ 07601-4303
18261445       E-mail/PDF: rmscedi@recoverycorp.com Jun 05 2013 03:11:32     Capital Recovery IV LLC,
                c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
17725793       E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2013 03:15:36     GEMB/JC Penney,   PO Box 981402,
                El PAso, TX 79998-1402
17725794       E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2013 03:15:36     GEMB/Sam's Club,   PO Box 981400,
                El Paso, TX 79998-1400
17725797       E-mail/Text: Bankruptcy@icsystem.com Jun 05 2013 04:10:21     I C Systems, Inc.,
                444 Highway 96 E,   St. PAul, MN 55127-2557
17946647       E-mail/Text: ECF@SHERMETA.COM Jun 05 2013 04:14:02     JPMorgan Chase Bank, N.A.,
                c/o Shermeta, Adams & Von Allmen, P.C.,   P.O. Box 80908,   Rochester Hills, MI 48308-0908
17725800       E-mail/Text: bnckohlsnotices@becket-lee.com Jun 05 2013 02:53:10     Kohl's/Capital One,
                PO Box 3115,   Milwaukee, WI 53201-3115
17725801       E-mail/Text: resurgentbknotifications@resurgent.com Jun 05 2013 02:51:15     LVNV Funding, LLC,
                PO Box 10584,   Greenville, SC 29603-0584
19932194       E-mail/PDF: rmscedi@recoverycorp.com Jun 05 2013 03:11:32
                Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
17725811      +E-mail/Text: BKRMailOps@weltman.com Jun 05 2013 04:12:14     Weltman Weinberg & Reis, LPA,
                180 N. LaSalle St., Suite 2400,   Chicago, IL 60601-2704
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17725779     ##Bank of America,   PO Box 15026,   Wilmington, DE 19850-5026
17725810     ##Washington Mutual,   PO Box 78065,   Phoenix, AZ 85062-8065
17725809     ##Washington Mutual,   PO Box 9001123,   Louisville, KY 40290-1123
                                                                                   TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: froman              Page 2 of 3           Date Rcvd: Jun 04, 2013
                              Form ID: pdf006           Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 06, 2013**              **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: froman              Page 3 of 3                  Date Rcvd: Jun 04, 2013
                              Form ID: pdf006           Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2013 at the address(es) listed below:
         Anthony J Peraica    on behalf of Joint Debtor Hadzira  Fejzic peraicalaw@aol.com, cwinans@peraica.com
         Anthony J Peraica    on behalf of Debtor Meho  Fejzic peraicalaw@aol.com,  cwinans@peraica.com
         Jose G Moreno    on behalf of Creditor    JPMorgan Chase Bank, National Association nd-one@il.cslegal.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Ronald R Peterson    rpeterson@jenner.com,  rpeterson@ecf.epiqsystems.com;docketing@jenner.com
         TOTAL: 5