UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| FEJZIC, MEHO | § | Case No. 11-35151 JBS |
| FEJZIC, HADZIRA | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
| --- | --- |
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/RONALD R. PETERSON_____
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MEHO FEJZIC |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | | | | | |
| ROANLD R PETERSON | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | ATLAS ACQUISITIONS LLC | | | | | |
| 000003 | FIA CARD SERVICES, N.A. | | | | | |
| 000002 | FIA CARD SERVICES, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | JEFFERSON CAPITAL SYSTEMS LLC | | | | | |
| 000004 | MIDLAND FUNDING LLC | | | | | |
| | FIA CARD SERVICES, N.A. | | | | | |
| | FIA CARD SERVICES, N.A. | | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC | | | | | |
| | MIDLAND FUNDING LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

Page: 1

| Case No: | 11-35151 | Judge: HON. JOHN B. SCHMETTERER |
|---|---|---|
| Case Name: | FEJZIC, MEHO | |
| | FEJZIC, HADZIRA | |
| For Period Ending: | 09/17/13 | |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 08/29/11 (f) |
| 341(a) Meeting Date: | 09/26/11 |
| Claims Bar Date: | 01/31/12 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 4919 Kedvale, Chicago, Il | 250,000.00 | 0.00 | | 0.00 | 0.00 | 350,000.00 | 30,000.00 |
| 2. 2003 Freightliner Tractor Class 8 Truck (u) | 0.00 | 14,000.00 | | 11,000.00 | 0.00 | 0.00 | 0.00 |
| 3. Cash | 20.00 | 20.00 | | 0.00 | 0.00 | 0.00 | 20.00 |
| 4. Household goods | 1,140.35 | 0.00 | | 0.00 | 0.00 | 0.00 | 1,140.35 |
| 5. Personal Clother | 50.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 50.00 |
| 6. 1000 Shares of Mido Trucking, Inc. | 0.00 | 0.00 | | 1,000.00 | 0.00 | 0.00 | 0.00 |
| 7. 2000 Nissan Pathfinder XE | 1,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 1,000.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.18 | Unknown | 0.00 | 0.00 |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $252,210.35 | $14,020.00 | | $12,000.18 | $0.00 | $350,000.00 | $32,210.35 |
| | | | | | (Total Dollar Amount in Column 6) | | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 29, 2013, 08:44 a.m. I am in receipt of the proceeds for the Freightliner tractor. This estate is ready for closing. I shall file my final report in the second quarter of 2013.

January 30, 2012, 02:41 pm. Issue as to ownership and value of Freightliner tractor. (Class 8 Truck)

LFORM1EX

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 17.03

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 11-35151 | Judge: HON. JOHN B. SCHMETTERER | Trustee Name: RONALD R. PETERSON |
| Case Name: | FEJZIC, MEHO | | Date Filed (f) or Converted (c): 08/29/11 (f) |
| | FEJZIC, HADZIRA | | 341(a) Meeting Date: 09/26/11 |
| | | | Claims Bar Date: 01/31/12 |

RE PROP# 1---No Zillow, value based on eppraisal

Initial Projected Date of Final Report (TFR): 09/30/12    Current Projected Date of Final Report (TFR): 06/30/13

_____    Date: _____
RONALD R. PETERSON

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-35151 -JBS | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | FEJZIC, MEHO | Bank Name: | ASSOCIATED BANK |
|  | FEJZIC, HADZIRA | Account Number / CD #: | *******8539  Checking Account |
| Taxpayer ID No: | *******0336 |  |  |
| For Period Ending: | 09/17/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 08/09/12 |  | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 6,975.33 |  | 6,975.33 |
| 08/29/12 | 2 | Mido Trucking Inc. |  | 1229-000 | 1,000.00 |  | 7,975.33 |
| 10/01/12 | 2 | Mido Trucking INc. |  | 1229-000 | 1,000.00 |  | 8,975.33 |
| 10/16/12 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 4.92 | 8,970.41 |
| 10/26/12 | 2 | Mido Trucking, Inc. |  | 1229-000 | 1,000.00 |  | 9,970.41 |
| 11/05/12 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 5.84 | 9,964.57 |
| 12/03/12 | 2 | Mido Trucking, INc. |  | 1229-000 | 1,000.00 |  | 10,964.57 |
| 12/07/12 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 6.14 | 10,958.43 |
| 12/20/12 | 2 | Mido Trucking |  | 1229-000 | 1,000.00 |  | 11,958.43 |
| 01/08/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 7.19 | 11,951.24 |
| 02/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 17.77 | 11,933.47 |
| 03/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 16.03 | 11,917.44 |
| 04/05/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 17.72 | 11,899.72 |
| 05/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 17.12 | 11,882.60 |
| 07/29/13 | 030001 | Ronald R. Peterson<br>Jenner & Block LLP<br>353 North Clark Street<br>Chicago, Il 60654 | Final distribution | 2100-000 |  | 1,655.59 | 10,227.01 |
| 07/29/13 | 030002 | Roanld R Peterson<br>Jenner & Block<br>353 North Clark Street<br>Chicago, Il 60654 | Trustee Expenses | 2200-000 |  | 62.02 | 10,164.99 |
| 07/29/13 | 030003 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Final distribution | 7100-000 |  | 1,417.88 | 8,747.11 |
| 07/29/13 | 030004 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 |  |  |  | 537.19 | 8,209.92 |

Page Subtotals     11,975.33     3,765.41

Ver: 17.03

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 11-35151 -JBS | Trustee Name: RONALD R. PETERSON |
| Case Name: FEJZIC, MEHO | Bank Name: ASSOCIATED BANK |
| FEJZIC, HADZIRA | Account Number / CD #: *******8539 Checking Account |
| Taxpayer ID No: *******0336 | |
| For Period Ending: 09/17/13 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/13 | 030005 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 536.36<br>Interest 0.83<br>Final distribution | 7100-000<br>7990-000 | | 5,864.50 | 2,345.42 |
| 07/29/13 | 030006 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Claim 5,855.39<br>Interest 9.11<br>Final distribution | 7100-000<br>7990-000 | | 313.83 | 2,031.59 |
| 07/29/13 | 030007 | Jefferson Capital Systems LLC<br>Purchased From COMPUCREDIT CORPORATION<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>Orig By: ASPIRE CARD | Claim 313.34<br>Interest 0.49<br>Final distribution | 7100-000<br>7990-000 | | 1,085.83 | 945.76 |
| 07/29/13 | 030008 | MEHO FEJZIC<br>4919 NORTH KEDVALE<br>CHICAGO, IL 60630 | Claim 1,084.14<br>Interest 1.69<br>Surplus Funds | 7100-000<br>7990-000<br>8200-000 | | 945.76 | 0.00 |

Page Subtotals   0.00   8,209.92

Ver: 17.03

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-35151 -JBS | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | FEJZIC, MEHO | | Bank Name: | ASSOCIATED BANK |
| | FEJZIC, HADZIRA | | Account Number / CD #: | *******8539  Checking Account |
| Taxpayer ID No: | *******0336 | | | |
| For Period Ending: | 09/17/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 11,975.33 | 11,975.33 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 6,975.33 | 0.00 | |
| | | | Subtotal | | 5,000.00 | 11,975.33 | |
| | | | Less:  Payments to Debtors | | | 945.76 | |
| | | | Net | | 5,000.00 | 11,029.57 | |

Page Subtotals          0.00          0.00

Ver: 17.03

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 11-35151 -JBS | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | FEJZIC, MEHO | | Bank Name: | BANK OF AMERICA, N.A. |
| | FEJZIC, HADZIRA | | Account Number / CD #: | *******9700  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0336 | | | |
| For Period Ending: | 09/17/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/19/12 | 2 | Meho Fejic | | 1229-000 | 2,000.00 | | 2,000.00 |
| 03/23/12 | 2 | Mido Trucking Inc f/b/a Meho Fejzic | | 1229-000 | 1,000.00 | | 3,000.00 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 3,000.01 |
| 04/26/12 | 2 | Mido Trucking Inc. | | 1229-000 | 1,000.00 | | 4,000.01 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 4,000.04 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.98 | 3,996.06 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,996.09 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.08 | 3,991.01 |
| 06/05/12 | 6 | Mido Trucking<br>4919 N. Kedvale<br>Chicago, Il | | 1229-000 | 1,000.00 | | 4,991.01 |
| 06/29/12 | 2 | Meho Fejzic / Mido Trucking | | 1229-000 | 1,000.00 | | 5,991.01 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,991.05 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.73 | 5,985.32 |
| 07/27/12 | 2 | Mido Truck, Inc. | | 1229-000 | 1,000.00 | | 6,985.32 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,985.37 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.77 | 6,977.60 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 6,977.62 |
| 08/09/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 2.29 | 6,975.33 |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 6,975.33 | 0.00 |
| | | | Page Subtotals | | 7,000.18 | 7,000.18 | |

Ver: 17.03

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-35151 -JBS | |
| Case Name: | FEJZIC, MEHO | |
| | FEJZIC, HADZIRA | |
| Taxpayer ID No: | *******0336 | |
| For Period Ending: | 09/17/13 | |

| | | |
|---|---|---|
| Trustee Name: | RONALD R. PETERSON | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******9700  Money Market Account (Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,000.18 | 7,000.18 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 6,975.33 | |
| | | | Subtotal | | 7,000.18 | 24.85 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 7,000.18 | 24.85 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********8539 | 5,000.00 | 11,029.57 | 0.00 |
| Money Market Account (Interest Earn - ********9700 | 7,000.18 | 24.85 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 12,000.18 | 11,054.42 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 17.03

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*